**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of California

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | NabieKim Enterprises | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Bulldog Korean Fusion<br>Bonchon Campus Pointe | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 2 – 1 9 9 5 0 1 9 | |
| 4. Debtor's address | **Principal place of business**<br><br>3039 E Campus Pointe Dr<br>Number  Street<br><br>Fresno, CA 93710-7525<br>City  State  ZIP Code<br><br>Fresno<br>County | **Mailing address, if different from principal place of business**<br><br>Number  Street<br><br>P.O. Box<br><br>City  State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number  Street<br><br>City  State  ZIP Code |
| 5. Debtor's website (URL) | bulldockoreanfusion.com | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | NabieKim Enterprises | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____ _____ _____ _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                  MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

District _____ When _____
                         MM / DD / YYYY

Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor __NabieKim Enterprises_____  Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number  Street <br>     City      State     ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99 <br> ☐ 100-199    ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000    ☐ 50,000-100,000 <br> ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 <br> ☑ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

Debtor  NabieKim Enterprises                         Case number *(if known)* _____
          Name

### 16. Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/23/2023
            MM/ DD/ YYYY

X _/s/ Kaye Kim_____     Kaye Kim
Signature of authorized representative of debtor     Printed name

Title _____CEO/President_____

**18. Signature of attorney**

X /s/ Peter Fear                    Date  03/23/2023
Signature of attorney for debtor          MM/ DD/ YYYY

Peter Fear
Printed name

Fear Waddell, P.C.
Firm name

7650 N. Palm Avenue Suite 101
Number    Street

Fresno                              CA        93711
City                                State     ZIP Code

(559) 436-6575                      pfear@fearlaw.com
Contact phone                       Email address

207238                              CA
Bar number                          State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: **NabieKim Enterprises**

United States Bankruptcy Court for the: **Eastern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders           12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bayley and Associates LLC<br>P.O. Box 112489<br>Campbell, CA 95011 | | Professional services | | | | $6,000.00 |
| 2 | Calvin Kim<br>c/o Webb Law Group APC<br>466 W. Fallbrook Ave. 102<br>Fresno, CA 93711 | | Lawsuit 22CECG03916 | Contingent<br>Disputed<br>Unliquidated | | | $573,879.00 |
| 3 | Calvin Kim<br>c/o Webb Law Group APC<br>466 W. Fallbrook Ave. 102<br>Fresno, CA 93711 | | | Contingent<br>Disputed<br>Unliquidated | | | $50,848.89 |
| 4 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | | | | | | $13,956.22 |
| 5 | Chase Card Services - JPMCB<br>PO Box 182061<br>Columbus, OH 43218-2051 | | Business Debt | | | | $35,869.27 |
| 6 | Employers Preferred Insurance Co<br>7110 North Fresno Street, Suite 250<br>Fresno, CA 93720-2999 | | | | | | $2,351.00 |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $3,016.16 |
| 8 | Kaye Kim<br>5090 Primitivo Way 148<br>Fresno, CA 93710 | | Standard Promissory Note | | | | $438,011.21 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor　　NabieKim Enterprises　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Bedford, OH 44146 | | Old workers comp insurance. | Contingent<br>Disputed<br>Unliquidated | | | $2,351.00 |
| 10 SBA EIDL<br>801 R Street Suite 101<br>Fresno, CA 93721 | | | | $312,300.00 | $53,414.46 | $258,885.54 |
| 11 Webbank<br>c/o Toast Capital<br>401 Park Dr. Suite 801<br>Boston, MA 02215 | | | | | | $43,000.00 |
| 12 Wells Fargo SBL<br>P.O. Box 29482<br>Phoenix, AZ 85038-8650 | | Credit Card | | | | $21,664.86 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　　　page 2